IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 07-cv-01156-MSK-BNB

CHAD MARTINEZ, and
LARRY KING, individually and as class representatives,

Plaintiffs,

v.

SOCIAL SECURITY ADMINISTRATION, an agency of the United States Government,

Defendant.

_____

**ORDER**
_____

The parties appeared on August 29, 2007, for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record. Consistent with matters discussed at the scheduling conference:

IT IS ORDERED that the parties shall submit on or before **September 7, 2007**, a revised scheduling order modified as discussed at the scheduling conference.

IT IS FURTHER ORDERED that within five days after the entry of a scheduling order the parties shall contact the chambers of the district judge to request a final pretrial conference and a trial date.

Dated August 30, 2007.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge