IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01553-MSK-BNB

CHAD MARTINEZ, and
LARRY KING, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES, and
OTERO COUNTY DEPARTMENT OF SOCIAL SERVICES,

    Defendants.

_____

and

_____

Civil Action No. 07-cv-01156-MSK-BNB

CHAD MARTINEZ, and
LARRY KING, individually and as class representatives,

    Plaintiffs,

v.

SOCIAL SECURITY ADMINISTRATION, an agency of the United States Government,

    Defendant.

**ORDER SETTING HEARING ON CASE MANAGEMENT ISSUES**

    THIS MATTER comes before the Court *sua sponte*.

    The Court has considered the Notice of Removal and all attachments thereto filed in Civil

Action No. 07-cv-01553-MSK-BNB, and the Complaint filed in Civil Action No. 07-cv-01156-MSK-BNB.  It appears that the issue to be resolved in each case is identical, namely, whether the Court should compel the Social Security Administration to disclose certain information pertaining to individuals who received SSI benefits and who are members of a class in underlying litigation commenced in state court.

**IT IS THEREFORE ORDERED** that a case management hearing is set for **September 19, 2007** at **3:00 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.  At the hearing, the parties shall be prepared to address: (1) the propriety and scope of the removal in Civil Action No. 07-cv-01553-MSK-BNB; and (2) whether consolidation of these two cases is appropriate on any issue.

Dated this 7th day of September, 2007

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge