IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 07-cv-01156-MSK-BNB

CHAD MARTINEZ, and
LARRY KING, individually and as class representatives,

Plaintiffs,

v.

SOCIAL SECURITY ADMINISTRATION, an agency of the United States Government,

Defendant.

_____

**ORDER**
_____

In view of the Order Setting Hearing on Case Management Issues [Doc. # 16, filed 9/7/2007] entered by the district judge and the Scheduling Order entered today by me:

IT IS ORDERED that on or before **September 19, 2007**, the parties shall contact the chambers of the district judge to request a final pretrial conference and a trial date.

Dated September 7, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

1