IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-01156-MSK-BNB | Date: November 15, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

CHAD MARTINEZ,  
individually and as class  
representatives  
and LARRY KING,  
individually and as class  
representatives  

     Plaintiffs,

v.

SOCIAL SECURITY ADMINISTRATION,  
an agency of the United States Government

     Defendant.

Leif Garrison

Timothy Jafek
Pamela Wood

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:  10:04 a.m.

Appearance of counsel. Jennifer Weaver present.

Court's opening remarks.

Argument presented.

**ORDERED: SSA's motion for a protective order under Federal Rule of Civil Procedure 26 ©, filed October 23, 2007; #30, is TAKEN UNDER ADVISEMENT as stated on the record.**

Court in Recess  10:45 a.m.  Hearing concluded.

Total time in court:  00:41