IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01156-MSK-BNB
(Consolidated with Civil Action No. 07-cv-01553-MSK-BNB)

CHAD MARTINEZ, and
LARRY KING, individually and as class representatives,

Plaintiffs,

v.

SOCIAL SECURITY ADMINISTRATION, an agency of the United States Government,

Defendant.

and

CHAD MARTINEZ, and
LARRY KING, individually and as class representatives,

Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES, and
OTERO COUNTY DEPARTMENT OF SOCIAL SERVICES,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Plaintiffs' Motion the Amend Scheduling Order** [Doc. # 38, filed 11/9/2007] is GRANTED. The plaintiffs may have to and including **January 4, 2008**, within which to designate experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2).

DATED: December 13, 2007