IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01156-MSK-BNB
(Consolidated with Civil Action No. 07-cv-01553-MSK-BNB)

CHAD MARTINEZ, and
LARRY KING, individually and as class representatives,

       Plaintiffs,

v.

SOCIAL SECURITY ADMINISTRATION, an agency of the United States Government,


and

CHAD MARTINEZ, and
LARRY KING, individually and as class representatives,

       Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES, and
OTERO COUNTY DEPARTMENT OF SOCIAL SERVICES,

       Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION TO AMEND JUDGMENT

---

THIS MATTER comes before the Court on the Plaintiffs' Unopposed Motion to Alter or

Amend Judgment Pursuant to Fed. R. Civ. P. 59(e) (**#52**). Based thereon,

**IT IS ORDERED** that the Judgment is amended to read as follows:

_____

In accordance with the Opinion and Order issued December 21, 2007,

**JUDGMENT** is hereby entered **DECLARING** that within 30 days of this Order, the Social Security Administration Administration shall disclose the total amount it has paid to the State of Colorado as reimbursement for the 11,282 individuals whose social security numbers are identified in the FOIA request, and shall disclose whether legal fees were approved and/or paid on behalf of individuals with any of the identified social security numbers, the number of such instances, and the aggregate amount of legal fees it has paid for such fees, and that no disclosure shall be correlated to any claimant or social security number.

Costs shall be borne by each party. Either party may seek attorney fees as appropriate.

Dated this 2nd day of January, 2008

BY THE COURT:

Marcia S. Krieger
United States District Judge