IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01156-MSK-BNB
(Consolidated with Civil Action No. 07-cv-01553-MSK-BNB)

CHAD MARTINEZ, and
LARRY KING, individually and as class representatives,

       Plaintiffs,

v.

SOCIAL SECURITY ADMINISTRATION, an agency of the United States Government,

and

CHAD MARTINEZ, and
LARRY KING, individually and as class representatives,

       Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES, and
OTERO COUNTY DEPARTMENT OF SOCIAL SERVICES,

       Defendants.
_____

**ORDER DENYING MOTION TO STAY**
_____

**THIS MATTER** comes before the Court pursuant to the Social Security Administration's Motion to Stay the Amended Judgment Pursuant to Fed.R.Civ.P. 62(b) **(#57)**.

    1. The Social Security Administration did not submit a proposed order as part of the electronic filing, nor submit a proposed order in WordPerfect or Word format to chambers by electronic mail. Both acts are required by D.C. Colo. ECF Proc. V.L.2.

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

DATED this 22nd day of January, 2008.

                                    **BY THE COURT:**

                                    Marcia S. Krieger
                                    United States District Judge