IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01156-MSK-BNB
(Consolidated with Civil Action No. 07-cv-01553-MSK-BNB)

CHAD MARTINEZ, and
LARRY KING, individually and as class representatives,

        Plaintiffs,

v.

SOCIAL SECURITY ADMINISTRATION, an agency of the United States Government,

and

CHAD MARTINEZ, and
LARRY KING, individually and as class representatives,

        Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES, and
OTERO COUNTY DEPARTMENT OF SOCIAL SERVICES,

        Defendants.

---

**ORDER VACATING AMENDED JUDGMENT, REOPENING THE CASE,
DIRECTING EXPEDITED BRIEFING, AND STAYING THE DEADLINE FOR
PRODUCTION IN THE DECEMBER 21, 2007 OPINION AND ORDER**

---

THIS MATTER comes before the Court on three motions filed by Defendant Social Security Administration **(#55, #59, #60)**. All motions state that they are opposed by the Plaintiffs, but the Plaintiffs have not yet filed responses in opposition. Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

On December 21, 2007, the Court issued an Opinion and Order **(#50)** on the Plaintiffs' claim under the Freedom of Information Act ("FOIA"). In its opinion, this Court determined that although FOIA Exemption 6 precluded disclosure of some of the information, the Defendant[1] was required under FOIA to disclose other information. The accompanying Order ("production order") directed the Defendant to produce the required information within 30 days.

Consistent therewith, the Court issued a Judgment **(#51)**, and upon the Plaintiffs' unopposed motion, amended it **(#54)** in ways not relevant here. Both the Judgment and the Amended Judgment were declaratory in nature, but incorporated language of the production order. It is apparent from the motions filed by the Defendant that the inclusion of the language of the production order in the judgments has resulted in confusion as to the manner in which the Defendant may challenge the production order.

The Defendant's "Motion to Amend Judgment Under Fed. R. Civ. P. 59(e)" **(#55)** contends that the Social Security Administration should not be required to produce information in the manner ordered, or alternatively, that Plaintiffs should pay for compilation of the information to be produced. This raises new issues not previously asserted. The motion could be construed as one brought under Fed. R. Civ. P. 59 or 60 to amend the judgment, but characterization makes little difference; in essence, it seeks reconsideration of the production order. To avoid further confusion, the Amended Judgment **(#54)** is **VACATED**, and the Defendant's motion is deemed to seek reconsideration of the production order.

The Defendant's motion "to stay the Amended Judgment"**(#59)** is deemed to be a request

---

[1] For purposes of this ruling, "Defendant" refers to Defendant Social Security Administration.

2

to stay the operation of the production order, and is **GRANTED.**  The Defendant's motion for a hearing on the motion to stay **(#60)** is **DENIED.**

**IT IS FURTHER ORDERED** that:

(1) The Clerk of Court shall reopen this case.

(2) In accordance with D.C.COLO.LCivR 7.1, the Plaintiffs shall respond to the Defendant's motion **(#55)** by **January 28, 2008**.  The Defendant shall reply no later than **February 1, 2008**.

Dated this 25th day of January, 2008

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge