IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01156-MSK-BNB
(Consolidated with Civil Action No. 07-cv-01553-MSK-BNB)

CHAD MARTINEZ, and
LARRY KING, individually and as class representatives,

    Plaintiffs,

v.

SOCIAL SECURITY ADMINISTRATION, an agency of the United States Government,

and

CHAD MARTINEZ, and
LARRY KING, individually and as class representatives,

    Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES, and
OTERO COUNTY DEPARTMENT OF SOCIAL SERVICES,

    Defendants.
_____

**ORDER DENYING UNOPPOSED MOTION**
_____

THIS MATTER comes before the Court on the Unopposed Motion by Defendant Social Security Administration to Stay Briefing on Plaintiffs' Motion for Attorney's Fee (Motion) **(#66).** Having reviewed the Motion, the Court

**FINDS** that no good cause has been shown for granting the relief requested.

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**.

DATED this 6th day of February, 2008.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge