IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

**Civil Action No. 07-cv-01156-MSK-BNB**

CHAD MARTINEZ and
LARRY KING, individually and as class representatives,
Plaintiffs,

v.

SOCIAL SECURITY ADMINISTRATION, an agency of the United States Government,
Defendant.

and

**Civil Action No. 07-cv-01553-MSK-BNB**

CHAD MARTINEZ, and
LARRY KING, on behalf of themselves and others similarly situated,
Plaintiffs,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES and
OTERO COUNTY DEPARTMENT OF SOCIAL SERVICES,
Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW
MOTION FOR ATTORNEY FEES**

---

THIS MATTER comes before the Court on Plaintiffs' (Renewed) Unopposed Motion to Withdraw Motion for Attorney Fees (Motion) **(#75)** filed March 12, 2008. The Court has considered the Motion and finds good cause exists for granting the relief requested,

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**. The Clerk is hereby directed to withdraw Plaintiffs' Motion For Attorney Fees Under 5 U.S.C. § 552(a)(4)(E), filed on January 16, 2008 (Doc. #56).

DATED this 12th day of March, 2008.

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge